FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 28 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FITZGERALD Z. DIXON**                                              PLAINTIFF

V.                             3:07CV000178JMM

**SCHNEIDER NATIONAL INC.
And SCHNEIDER NATIONAL
CARRIERS, INC.**                                                     DEFENDANTS

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Plaintiff has filed a motion to voluntarily dismiss Defendant Schneider National, Inc. The Court finds that Plaintiff's motion to dismiss (Docket # 14) should be, and hereby is, GRANTED. The Clerk is directed to terminate Defendant Schneider National Inc.

The Court notes that Plaintiff's right to re-file the case against this Defendant is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), the Plaintiff may be ordered to pay any costs of this action which the Court deems appropriate if Plaintiff re-files the action against the Defendant.

IT IS SO ORDERED this 28th day of May 2008.

_____
James M. Moody
United States District Judge