IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| FITZGERALD DIXON | ) | |
| | ) | Plaintiff |
| | ) | |
| v. | ) CASE NO:3:07-CV-00178 JMM | |
| | ) | |
| SCHNEIDER NATIONAL | ) | |
| CARRIERS, INC. | ) | |
| | ) | Defendant |

## ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal signed by all counsel of record for the parties, it is hereby ORDERED that the complaint (as amended) of plaintiff, including any and all claims that were, or that could have been, raised therein, be, and it is hereby dismissed with prejudice, each party to bear its own costs and fees.

Dated this 25 day of November 2008.

_____
United States District Judge

Darrell J. O'Neal
2129 Winchester Road
Memphis, Tennessee 38116
(901) 345-8009

By: _____
    Darrell J. O'Neal
    Attorney for Plaintiff


WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

By _____
   Gregory T. Jones (83097
   Attorneys for Defendant

792042

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| FITZGERALD DIXON | ) | Plaintiff |
| | ) | |
| v. | ) CASE NO:3:07-CV-00178 JMM | |
| | ) | |
| SCHNEIDER NATIONAL CARRIERS, INC. | ) | |
| | ) | Defendant |

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal signed by all counsel of record for the parties, it is hereby ORDERED that the complaint (as amended) of plaintiff, including any and all claims that were, or that could have been, raised therein, be, and it is hereby dismissed with prejudice, each party to bear its own costs and fees.

Dated this 25 day of November 2008.

_____
United States District Judge

Darrell J. O'Neal
2129 Winchester Road
Memphis, Tennessee 38116
(901) 345-8009

By: S/Darrell J. O'Neal
     Darrell J. O'Neal
     Attorney for Plaintiff

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

By _____
     Gregory T. Jones (83197)
     Attorneys for Defendant

792042